UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. CV 15-1270-GHK(AJW) | Date: July 8, 2015 |
|---|---|

Title: JAMES SVASTICS VS. CITY OF LOS ANGELES

Present: The Honorable   ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Smart Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:**   ORDER VACATING HEARING DATE AND SETTING A BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [#18]

On July 6, 2015, defendant filed a motion to dismiss first amended complaint and noticed the motion for hearing on August 10, 2015. The motion is off calendar. Any opposition to the motion shall be served and filed by July 29, 2015. Any reply shall be served and filed by August 5, 2015. The motion shall be decided on the papers timely filed.

The parties are cautioned that the Court may decline to consider any memorandum or other paper not filed within the deadline. **The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion, or may result in the dismissal of this action without prejudice for failure to prosecute, failure to comply with the Court's order, or failure to comply with the local rules**. C.D. Cal. Local R. 7.12; see also C.D. Cal. Local R. 83-2.2.4 (a pro se litigant's failure to comply with the local and federal rules may be ground for dismissal or judgment by default); see also Fed. R. Civ. P. 41(b) (authorizing dismissal of an action for failure to prosecute or to comply with the federal rules or a court order); Link v. Wabash R. Co., 370 U.S. 626, 629-630 (1962) (affirming dismissal for failure to prosecute); Ghazali v. Moran. 46 F.3d 52.54 (9th Cir.) (per curiam) (affirming dismissal for failure to follow local rule), cert. denied, 516 U.S. 838 (1995).

cc: Parties

|  | : |
|---|---|
| Initials of Preparer | yb |