**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **JAMES SVASTICS,** | ) | **Case No. CV 15-1270 GHK (AJW)** |
| **Plaintiff,** | ) | |
| | ) | **ORDER ACCEPTING REPORT** |
| **v.** | ) | **AND RECOMMENDATION OF** |
| | ) | **MAGISTRATE JUDGE** |
| **CITY OF LOS ANGELES,** | ) | |
| **Defendant.** | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report.  Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED:  ___5/9___, 2016

_____
GEORGE H. KING
United States District Judge