UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES SVASTICS, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 15-1270 GHK (AJW) |
| ) | |
| v. ) | |
| ) | [Proposed] |
| CITY OF LOS ANGELES, ) | J U D G M E N T |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that plaintiff's federal claims are dismissed with prejudice, and plaintiff's state law claim under the California Public Records Act is dismissed without prejudice to its assertion in state court.

DATED:  5/9 , 2016

_____
GEORGE H. KING
United States District Judge

- 1 -